IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1878-ZLW-CBS

JAMES M. HAGOOD,
    Plaintiff,
v.

U.S. DEPARTMENT OF JUSTICE,
    Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

The matter before the court is Plaintiff's "Objection to Bill of Costs and Improper Notice On" [#56], filed on August 15, 2005.  Plaintiff filed his "Tender of Cost Payments taxed by Clerk with Reservation of Rights" [#58] on August 22, 2005.  Defendant filed its Response [#59] on September 6, 2005.

Nowhere in his "Objection to Bill of Costs. . . " does Plaintiff argue that the amount of costs taxed by the Clerk is improper.   He does, however, object to the "improper notice of such costs."  However, pursuant to Local Rule 54.1, Defendant's counsel telephoned Plaintiff on August 8, 2005, and advised him that Defendant would be filing the Bill of Costs unless the parties were able to resolve the request for costs. The parties were unable to resolve the request for costs.  Therefore, Defendant's counsel indicated to Plaintiff that he would file Defendant's Bill of Costs and seek to have a hearing before the Clerk of the Court on the matter, which occurred on August 15, 2005.

However, in his August 22, 2005, filing Plaintiff asserts that he "has not objected to costs taxed by the Clerk for purposes of any review by the subject magistrate . . . ". ***See "Tender of Cost Payments. . .", at 2.*** He also claims that he does not "dispute, or object to [the taxation of costs in the amount of $148.50] as an assessment of costs, but reserves all rights to have such overturned, if any appeal." ***Id, at 1.***

The court has reviewed the "Objection to Bill of Costs and Improper Notice On," Plaintiff's "Tender of Cost Payments taxed by Clerk with Reservation of Rights," the Response, the exhibits, the entire case file, and the applicable law and is sufficiently advised in the premises. In light of Plaintiff's August 22, 2005, filing the court concludes that Plaintiff has withdrawn any prior objection to the Bill of Costs, and has indicated that he does not want a hearing before the Magistrate Judge on the matter.

Accordingly, **IT IS ORDERED** that Plaintiff's "Objection to Bill of Costs and Improper Notice On" [#56], filed on August 15, 2005, **IS DENIED AS MOOT.**

DATED at Denver, Colorado, this14th day of September, 2005.

BY THE COURT:

 s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

2

3